| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Poslusny, Jerrold N. | 2. Court or Organization Bankruptcy Court for the District of New Jersey | 3. Date of Report 08/13/2019 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
400 Cooper Street
Camden, NJ 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Cherry Hill (NJ) United Soccer Association (a/k/a Cherry Hill FC) |
| 2. | Trustee | Trust No. 1 |
| 3. | Trustee | Trust No. 2 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | OCWEN Mortgage Corp. - salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assoc. 94th Annual Dinner | March 23, 2018 | New York, NY | Annual Dinner | Travel Expenses, Hotel, Dinner |
| 2. | Assoc. of Insovency and Restructuring Advisors, Annual Conference | June 12-15, 2018 | Nashville, TN | Annual Conference | Travel Expenses, Hotel, 2 Meals, Tuition |
| 3. | National Assoc. of Bankruptcy Trustees | August 16-19, 2018 | Amelia Island, FL | Annual Conference | Travel Expenses, Hotel, Tuition |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

6.

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | L | T | | | | | |
| 2. NY Life Variable Universal Life Policy - fixed account | A | Interest | L | T | | | | | |
| 3. NY Life Custom Whole Life Policy | C | Dividend | M | T | | | | | |
| 4. NY LIfe Custom Whole Life Policy | C | Dividend | M | T | | | | | |
| 5. iShares China Large-Cap (FXI) | A | Dividend | J | T | | | | | |
| 6. WH (f/k/a WYN) common | A | Dividend | J | T | | | | | |
| 7. WYND | A | Dividend | J | T | Spinoff (from line 6) | 06/01/18 | J | | |
| 8. CAR common | A | Dividend | J | T | | | | | |
| 9. PAYX common | A | Dividend | J | T | | | | | |
| 10. Fidelity Contrafund (FCNTX) | A | Dividend | J | T | | | | | |
| 11. Eagle Strategies Account (H) | | | | | | | | | |
| 12. - Fidelity Govt MMKT Daily Money Class | A | Int./Div. | J | T | | | | | |
| 13. - Fidelity Inter Mediate Muni Income (Y) | | | | | | | | | |
| 14. - Fidelity 500 Index Fund (f/k/a Fidelity 500 Index Premium Cl.) | A | Dividend | J | T | | | | | |
| 15. - Avenue Credit Strategies Investor (Y) | | | | | | | | | |
| 16. - Delaware Value FD CL A | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 17. | | | | | Buy (add'l) | 12/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Doubleline Total Rt Bond Fund CL N (Y) | | | | | | | | | |
| 19. - Driehaus Micro Cap Growth Fund | A | Dividend | J | T | | | | | |
| 20. - Columbia Select Lrg Cap Growth Class A | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 21. - Columbia Dividend Opportunity Cl A (Y) | | | | | | | | | |
| 22. - MFS International Value Fund CL A | A | Dividend | J | T | Sold (part) | 12/19/18 | J | | |
| 23. - Northern Intermed Tax Exempt Fund (Y) | | | | | | | | | |
| 24. - Rivernorth Core Opportunity Fd Cl R (Y) | | | | | | | | | |
| 25. - T Rowe Price Intl Stock Advisor CL | A | Dividend | J | T | | | | | |
| 26. - Virtus Ceredex Mid Cap Val Eq 1 | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 27. - Touchstone Focused Class A | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 28. - TCW Relative Value Dividend Apprec CL N | A | Dividend | J | T | Buy (add'l) | 04/30/18 | J | | |
| 29. - T Rowe Price Growth Stock Advisor CL | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 30. - Wasatch International Oppotunities FD | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 31. - Baron Emerging Markets Fund Retail | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 32. - Victory Global Natural Resouces A (Y) | | | | | | | | | |
| 33. - Touchstone Small Cap Value Cl A | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 34. - Destinations Multi Strgy Alt Instl | A | Dividend | J | T | Buy | 07/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Destinations Real Assets FD Instl | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 36. - Destinations Core Fixed Income Instl | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 37. - Destinations Global Fixd Inc Oppor Instl | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 38. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 39. - Destinations Low Dur Fixed Inc Instl | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 40. - Destinations Muni Fixed Income Instl | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 41. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 42. Trust No. 1 (H) | | | | | | | | | |
| 43. - Fidelity ContraFund | A | Dividend | K | T | | | | | |
| 44. - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 45. - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 46. Trust No. 2 (H) | | | | | | | | | |
| 47. - Fidelity ContraFund | A | Dividend | J | T | | | | | |
| 48. - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 49. - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 50. Eagle Strategies IRA (H) | | | | | | | | | |
| 51. - Fidelity Govt Money Market Daily Money CLass | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DFA US Core Equity I | B | Dividend | M | T | | | | | |
| 53. - Dimensional Emerging Mkts Val PRTF Instl | C | Dividend | L | T | | | | | |
| 54. - DFA International Small Company Port | B | Dividend | L | T | | | | | |
| 55. - DFA International Value PRTF Instl | C | Dividend | M | T | | | | | |
| 56. - DFA US Large Cap Value PRTF Instl | B | Dividend | M | T | | | | | |
| 57. - DFA Real Estate Sec PRTF Instl | B | Dividend | K | T | | | | | |
| 58. - DFA US Small Cap Portfolio INSTL Cl | A | Dividend | L | T | | | | | |
| 59. Eagle Strategies IRA (H) | | | | | | | | | |
| 60. - GE | A | Dividend | J | T | | | | | |
| 61. - Mainstay Growth Allocation CL B | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerrold N. Poslusny**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544